O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CALVIN SON GUIDRY, )<br>)<br>Defendant. )<br>)<br>_____ ) | CASE NO. CR05-00644-CAS<br><br>FINAL REVOCATION OF<br>SUPERVISED RELEASE AND<br>JUDGMENT |

On February 10, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on October 26, 2011.  Government counsel, Ryan White, the defendant and his appointed CJA, attorney, Stephen Frye, were present.  The U.S. Probation Officer, William Crovella, II, was also present.

The defendant admitted  to the allegations, in violation of his supervised release, as stated in the Petition filed on October 26, 2011.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 19, 2006.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of two (2) months, with no term of supervised release to follow.

1       IT IS ORDERED, that the defendant surrender himself to the institution

2  designated by the Bureau of Prisons on or before 12 noon, April 15, 2015.  In the absence

3  of such designation, the defendant shall report on or before the same date and time, to the

4  United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los

5  Angeles, California 90012,

6

7       IT IS FURTHER ORDERED, that the Clerk deliver a copy of this judgment to the

8  United States Marshal or other qualified officer and that said copy shall serve as the

9  commitment of defendant.

10

11  FILE/DATED: February 10, 2015

12  _____

13  CHRISTINA A. SNYDER
     UNITED STATES DISTRICT JUDGE

14

15  TERRY NAFISI, CLERK

16

17

18  By: ___/S/_____
       Catherine M. Jeang,  Deputy Clerk

19

20  CC: US MARSHAL

21     US PROBATION OFFICE

22

23

24

25

26

27

28

2